# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **GLENDA WHITE** | **CIV. ACTION NO. 3:22-05186** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PROTECTIVE INSURANCE CO., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 39] having been considered, together with the written objections [Doc. No. 40] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 19] filed by Plaintiff Glenda White is **GRANTED**, and this matter is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, pursuant to 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for failure to state a claim upon which relief can be granted [Doc. No. 14] filed by Defendant, Brown Claims Management Group, L.L.C., is **DENIED WITHOUT PREJUDICE** to Defendant's right to re-file the substance of the motion following remand, as warranted, in accordance with Louisiana procedural law and devices.

MONROE, LOUISIANA, this 10th day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE